IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00024-MR-WCM

| | |
|---|---|
| CHRISTOPHER RUPPE and WILLIAM TONEY, *on behalf of themselves and those similarly situated* | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CARPENTER DESIGN, INC. | ) ) |
| Defendant. | ) ) ) |

ORDER

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Adam A. Smith. The Motion indicates that Mr. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Charles Ryan Morgan, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Charles Ryan Morgan to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 28, 2021

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge